```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

Jeremy Rossmeisl, et al         )
                                )
    Plaintiffs                  )        CIVIL ACTION NO.
                                )        17-10219-JGD
        v.                      )
                                )
A.C. Moore Arts & Crafts, Inc.  )
                                )
    Defendant.                  )

## ORDER OF DISMISSAL

Dein, U.S. Magistrate Judge

In accordance with the Order Approving Settlement dated June 08, 2017,(Dkt. No. 29), and counsel informing the court all the settlement terms have been fufilled, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED with prejudice and without costs.

                                BY THE COURT,

                                /s/ Thomas F. Quinn
                                Deputy Clerk

DATED: January 19, 2018